**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SHENTHEA MANGRUM,**

     **Plaintiff,**                       **Civil Action 2:21-cv-1215**
                                         **Chief Judge Algenon L. Marbley**
     **v.**                                **Magistrate Judge Elizabeth P. Deavers**

**IMPACY COMMUNITY ACTION,**

     **Defendant.**

<u>**ORDER**</u>

The parties have reported to the Court that they have agreed in principle to settle this case. Accordingly, the parties are **DIRECTED** to file a **JOINT STATUS REPORT** detailing the status, but not the substance, of their settlement efforts for this case by **DECEMBER 3, 2021**, unless they have filed an appropriate dismissal entry prior to that date.

     **IT IS SO ORDERED.**

**Date: November 4, 2021**                  **/s/ *Elizabeth A. Preston Deavers***
                                       **ELIZABETH A. PRESTON DEAVERS**
                                       **UNITED STATES MAGISTRATE JUDGE**